IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



FILED
JUL 0 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

NATHANIEL TODD, )
 )
        Plaintiff, )
 )
vs. ) Case No. 12-cv-1201-SCW
 )
JAMES FENOGLIO, and ELAINE )
BURCHAM, )
 )
        Defendants. )

## JURY VERDICT FORM

1. On Plaintiff's claims for deliberate indifference, we the jury, unanimously find as follows: *(check one and only one of the two choices, i.e., for Plaintiff or for Defendant).*

|  | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| as to Defendant Fenoglio | _____ | ___X____ |
| as to Defendant Burcham | _____ | ___X____ |

*(Note: Complete this section only if you have found in favor of Plaintiff and against one or more of the Defendants in Sections 1 above.)*

**Compensatory Damages:** We find the compensatory damages for Plaintiff Todd to be as follows:

    $ _____

*(Note: You may not award punitive damages against any Defendant unless you have first found against that Defendant under Sections 1. If you find that punitive damages are not appropriate against a Defendant, leave the amount blank.)*

**Punitive Damages:** We award punitive damages, if any, as follows:

    as to Defendant Fenoglio    $ _____

    as to Defendant Burcham    $ _____

Dated: __7-7-2015__

Foreperson: ███████████████