IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHANIEL TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   12-1201-SCW |
| | ) |
| WEXFORD HEALTH CARE, S.A. GODINEZ, | ) |
| DR. PHIL MARTIN, LAWRENCE | ) |
| CORRECTIONAL CENTER, DR. JAMES | ) |
| FENOGLIO, ELAINE HANDY, C. BROCKS, E. | ) |
| BOUSE, KEVEIN T. JOHNSON, RYKER, | ) |
| CAMPANELLA, STORM, GOINS, WAY, | ) |
| MARC G. HODGE, RICK HARRINGTON, | ) |
| ELAINE BURCHAM, JEFF KORTE, TOM | ) |
| SPILLER, and VIPIN SHAH, | ) |
| Defendant(s). | |

**JUDGMENT IN A CIVIL CASE**

Defendant S.A Godinez was dismissed with prejudice and Elaine Handy and C. Brocks were dismissed without prejudice on 12/21/12 by an Order entered by Chief Judge Reagan (Doc. 13).

Defendant Lawrence Correctional Center was dismissed with prejudice on 12/21/12 and by Order entered by Chief Judge Reagan (Docs. 29).

Defendants E. Bouse, Kevin T. Johnson, Ryker, Campanella, Storm, Goins and Way were dismissed with prejudice on 1/11/13 by an Order entered by Chief Judge Reagan (Doc. 29)

Defendant Marc G. Hodge was dismissed and substituted by Rick Harrington on 11/27/13 by an Order entered by Magistrate Judge Williams (Doc. 115).

Defendant Dr. Phil Martin was granted summary judgment on 3/26/14 by an Order entered by Chief Judge Reagan (Doc. 135).   Defendant Elaine Handy was termed and

substituted with Elaine Hardy on 3/26/14 by an Order entered by Chief Judge Reagan (Doc. 135).

Defendant Rick Harrington was dismissed and substituted on 1/14/15 by an Order entered by Magistrate Judge Williams (Doc. 157).

Defendant Wexford Health Care was granted summary judgment on 2/25/15 by an Order entered by Chief Judge Reagan (Doc. 160).

Defendant Jeff Korte was substituted by Tom Spiller on 3/5/15 by an Order entered by Magistrate Judge Williams (Doc. 167) in that same Order Dr. Vipin Shah was added as medical director of Pinckneyville.

Defendants S.A. Godinez and Tom Spiller were dismissed and substituted by Gladyse C. Taylor on July 6, 2015 by Order entered by Magistrate Judge Williams (Doc. 186).

A jury verdict was returned in favor of Defendants Elaine Burcham and Dr. James Fenoglio on July 7, 2015 (Doc. 191).

The Court found in favor of Defendants Dr. Vipin Shah and Gladyse C. Taylor on 7/8/15 by and Order entered by Magistrate Judge Williams (Doc. 193).

THEREFORE, judgment is entered in favor of Defendants **S.A. GODINEZ, LAWRENCE CORRECTIONAL CENTER, E. BOUSE, KEVIN T. JOHNSON, RYKER, CAMPANELLA, STORM, GOINS, WAY, DR. PHIL MARTIN, WEXFORD HEALTH CARE, ELAINE BURCHAM, DR. JAMES FENOGLIO, DR. VIPIN SHAH** and **GLADYSE C. TAYLOR** and against Plaintiff **NATHANIEL TODD.**

Plaintiff shall take nothing from this action.

**DATED** this 9th day July of 2015

**JUSTINE FLANAGAN, ACTING CLERK**

                                                  **BY:<u>s// Angela Vehlewald</u>**
                                                         **Deputy Clerk**

**Approved by** <u>        s/ Stephen C. Williams        </u>
                  **United States Magistrate Judge**
                        **Stephen C. Williams**